**No. 59007.**—E. Tabasso & Co. *v.* United States, protest 244305–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 59008.**—Davies, Turner & Co. *v.* United States, protest 244864–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

APRIL 21, 1955

**No. 59009.**—SUIT 4835.—A. V. Olsson Trading Co., Inc. *v.* United States.—

C. D. 1641. (Appeal dismissed March 9, 1955.)